| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| AO 256 (Rev. 2/86) | CRIMINAL DOCKET U.S. District Court | PO ☐ 93 05 1708 Assigned / Disp./Sentence | ☐ WRIT ☐ JUVENILE ☐ ALIAS | U.S. VS. ● | (LAST, FIRST, MIDDLE) TERRY, CHRISTOPHER DONNELL a/k/a Chris Drug Violation | Case Filed Mo. 11 Day 29 Yr. 93 No. of Def's 10 | Docket No. 155 | Def. 09 |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. NG | GUILTY NOLO |
|---|---|---|---|---|
| 21§846 | Conspiracy to possess with intent to distribute cocaine base | 1 Count 1 | | |
| 21§841(a)(1) 18§2 | Attempt to possess with intent to distribute in excess of fifty (50) grams of cocaine base (crack) Aiding and abetting | 1 Count 4 | | |

## II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears—on complaint

END ONE AND/OR BEGIN TWO — KEY DATE 11-29-93 APPLICABLE: ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony W/waiver

KEY DATE 6-8-94
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE: ☐ Dismissal Pled ☐ guilty { ☐ After N.G. ☐ Nolo ☐ After nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J.

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended RE-TRIAL | 2nd Trial Began | DISPOSITION DATE | SENTENCE DATE | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def ☐ motion on gov't ☐ motion |

## III. MAGISTRATE

| | DATE | INITIAL/NO. | INITIAL APPEARANCE DATE ▶ | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant { Issued / Return | | | PRELIMINARY EXAMINATION OR REMOVAL HEARING | Date Scheduled ▶ Date Held ▶ | | ☐ DISMISSED ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| Summons { Issued / Served | | | | | | |
| Arrest Warrant Issued COMPLAINT ▶ | | | ☐ WAIVED ☐ NOT WAIVED ☐ INTERVENING INDICTMENT | Tape Number | | |
| Date of Arrest | OFFENSE (In Complaint) | | | | | |

Show last names and suffix numbers of other defendants on same indictment/information:
MORRISON, HAYES, HAYES, ALLEN, WILLIAMS, MORRISON, BRODIE, RAGLAND, DAVIS

## IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.

ATTORNEYS
U.S. Attorney or Asst.
William Webb

Defense: 1 ☐ CJA.  2 ☐ Ret.  3 ☐ Waived.  4 ☐ Self.  5 ☐ Non/Other.  6 ☐ PD.  7 ☐ CD

Deten Hrg 6/10/94

4/97 dept.
#44939-019
P.O. Box 6000 FPC
Ashland, Ky 41105

70 Days: 8/17/94

Atty Charles Frances
P.O. Box 164
Raleigh, NC 27602
ph: 828-0801

Sent: 10/24/94 Ral.
~~PTD: 7/10 L.C.~~

RULE: 20 21 40 In Out

BAIL ● RELEASE
PRE-INDICTMENT
Release Date
Bail ☐ Denied          ☐ Fugitive
                       ☐ Pers. Rec.
AMOUNT SET             ☐ PSA
$                      Conditions
Date Set               ☐ 10% Dep.
                       ☐ Surety Bnd
☐ Bail Not Made        ☐ Collateral
Date Bond Made         ☐ 3rd Prty
                       ☐ Other

POST-INDICTMENT
Release Date
Bail ☐ Denied          ☐ Fugitive
                       ☐ Pers. Rec.
AMOUNT SET             ☐ PSA
$                      Conditions
Date Set               ☐ 10% Dep.
                       ☐ Surety Bnd
☐ Bail Not Made        ☐ Collateral
Date Bond Made         ☐ 3rd Prty
                       ☐ Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

| DATE DOCUMENT NO | | V. PROCEEDINGS | VI EXCLUDABLE DELAY Start Date / End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|
| 11-22-93 | 1. | **MOTION TO SEAL INDICTMENT** request for warrant to be issued | | | |
| 11-23-93 | 2. | **ORDER ALLOWING LIMITED DISCLOSURE** - Mag. Judge Denson. **WARRANT ISSUED** - original and 1 copy to U.S. Marshal. No indictment attached. | | | |
| 11-29-93 | 3. | **ORDER TO SEAL INDICTMENT** - Mag. Judge Denson. | | | |
| | 4. | **MOTION TO UNSEAL INDICTMENT** | | | |
| | 5. | **ORDER TO UNSEAL INDICTMENT** | | | |
| | 6. | **INDICTMENT FILED** - 1c U.S. Atty., 1c U.S. Marshal, Probaiton, Pre-Trial Services, Judge Boyle and Mag. Judge Denson. | | | |
| 6/6/94 | 7. | **WARRANT RETURNED EXECUTED** by USMS Robertson 5/26/94 | | vp | |
| 6/8/94 | 8xx | I.A. in Ral before USMJ Denson - Recorded - Deft present w/o counsel - Govt moves for deten - Advised of charges, max punish and rights - Deft requested court appted counsel | | vp | |
| | 8. | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BIAL REFORM ACT** - deten hrg is set for 6/10/94 at 11:30 in Ral before USMJ Denson **(Denson)** - 1c: Denson, USA, USM, PTS, FPD | | vp | |
| | 9. | **ORDER** appting court assigned counsel **(Denson)** - 1c: USA, PTS, FPD w/file | | vp | |
| 6/9/94 | -- | **PRETRIAL SCHEDULING REPORT TO DENSON** | | vp | |
| 6-10-94 | | RULE 40 PAPERS FROM NORTHERN DISTRICT OF GEORGIA Order appointing counsel Waiver of Rule 40 Hearings Commitment to another district Minute sheet | | jm | |
| 6-10-94 | 10. | **NOTICE OF INTENT TO SEEK ENHANCED PENALTY PURSUANT TO 21:851** - filed by govt. w/cs - 1c: Judge Boyle | | jm | |
| 6-10-94 | 11. | **ORDER ON PRE-TRIAL SCHEDULING** - discovery by: 6-28-94 **MOTIONS:** 7-12-94 **RESPONSES:** 7-26-94 (Judge Denson) Cys: USA & Counsel | | jm | |
| 6-10-94 | 12. | **ORDER OF PRETRIAL DETENTION** - Deft. detained pending trial - (Judge Denson) CY: USA, USM, PTS & counsel | | jm | |
| 6-21-94 | | **ISSUED NOTICE TO APPEAR** for arraignment on 6-27-94 at 10 a.m. in Elizabeth City, NC before Judge Boyle - Cys: USA, USPO, USM, Counsel & Judge Boyle | | jm | |
| 6-24-94 | | **AT ELIZABETH CITY - C.R. SANDRA GRAHAM - JUDGE BOYLE** Deft. appeared with counsel and arraigned and plea of not guilty entered on Cts. 1,4 and Court set proposed trial date for 8-1-94 in E.C. | | jm | |
| 7-12-94 | | ISSUED NOTICE TO APPEAR for arraignment and trial on 8/1/94 in Elizabeth City before Judge Boyle c: USA, USPO, USM, PTS, counsel Judge Boyle | | cm | |
| 7/19/94 | 13 | MOTION TO CONT. TRIAL w/cs by deft c: Judge Boyle | | jm | |
| 7/25/94 | 14 | REQUEST FOR SUMMARY OF WIRE AND POSTAL TRANSACTIONS w/cs c: Judge Boyle | | jm | |
| 7/25/94 | 15 | MOTION TO COMPEL w/cs by deft c: Judge Boyle | | jm | |
| 7/25/94 | 16 | REQUEST FOR STATEMENTS w/cs by deft c: Judge Boyle | | jm | |
| 7/26/94 | 17 | ORDER the mtn for cont. is Denied (Judge Boyle) O.B.#57, P.144 c: USA,USM,USPO,PTS,COUNSEL | | jm | |
| 7/28/94 | 18 | GOVTS PROPOSED JURY INSTRUCTIONS w/cs c: Judge Boyle | | jm | |
| 7/26/94 | 19 | GOVTS PROPOSED QUESTIONS OF VOIR DIRE w/cs c: Judge Boyle | | jm | |

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET  U.S. vs
TERRY, CHRISTOPHER DONNELL
AO 256A
93-155-09-CR-5
Yr. | Docket No. | Def.

| DATE 1994 | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 8/5/94 | AT ELIZABETH CITY - JUDGE BOYLE - C.R. SANDRA GRAHAM<br>JURY TRIAL - Jury selected and jury to return on 8/8/94. jm | | | | |
| 8/8/94 | AT ELIZABETH CITY - JUDGE BOYLE - C.R. SANDRA GRAHAM<br>Jury sworn & impanelled and jury trial began. Govt. proceeded with opening statements and deft's counsel made opening statements. Govt. presented evidence. Court recessed until 8/9/94. jm | | | | |
| *8/5/94 20 | GOVERNMENT'S PROPOSED WITNESS LIST - filed in open court - lc: Judge Boyle jm | | | | |
| 8/9/94 | AT ELIZABETH CITY - JUDGE BOYLE - C.R. SANDRA GRAHAM<br>Jury trial continues - Jury present and the govt. continued presenting evidence. The defts. decided to change their pleas:<br>Deft. sworn - deft. competent<br>Rule 11 conducted<br>21. MEMORANDUM OF PLEA AGREEMENT FILED<br>Plea of guilty to Ct. 1<br>Govt. summarized evidence<br>Factual basis exists<br>Plea made freely & voluntarily<br>Court accepts plea<br>Motion to dismiss Ct. 4 at the time of sentencing.<br>Bond: Federal Custody<br>Sent: 10/24/94 Raleigh jm | | | | |
| 8/9/94 22. | ORDERED the the government's exhibits 1 & 14 returned to Charles Thompson - Poatal Inspector and remain in his custody through time of sentencing and any proceedings on appeal (Judge Boyle) - Cys: USA jm | | | | |
| 8/15/94 23. | GOVERNMENT'S MOTION TO WITHDRAW NOTICE OF INTENT TO SEEK ENHANCED PENALTY PURSUANT TO 21 USC 851 - filed w/cs - lc: Judge Boyle jm | | | | |
| 11/17/94 | ISSUED NOTICE TO APPEAR FOR SENTENCING - before J. Boyle at Raleigh on 11/28/94 at 10 am; cys: USA, Cnsl, USM, USPO & J. Boyle bll | | | | |
| 11/18/94 24 | GOVT'S. MOTION TO CONTINUE SENTENCINGS - w/cs; cy: J. Boyle bll | | | | |
| 11/28/94 | AT RALEIGH - JUDGE BOYLE - C.R. CAROLE WILLIAMS<br>JUDGMENT & COMMITMENT - Ct. 1 - (292) months and the deft. remanded to custody.<br>Supervised release - (60) months as to ct. 1 with special conditions imposed<br>Special assessment of $50.00 imposed<br>Fine - none<br>Restitution - none<br>Statement of reasons filed ;06#1,pg.35<br>(Judge Boyle) Cys: USA, USPO, PTS, USM, DEFT. COUNSEL, FINE CENTER, FIN. DEPUTY & JUDGE BOYLE (Ent. 12/19/94) jm | | | | |
| 9-20-95 | AT RALEIGH - JUDGE BOYLE - COURT REPORTER JO BUSH -<br>RULE 35 HEARING - Court modifies sentence BOP (96) months<br>Supervised release (5) years - written order to follow. jm | | | | |
| 10-3-95 25. | ORDERED that Rule 35 Motion allowed and deft's sentence was hereby reduced to a term of (96) months, with credit for time served. All other conditions of defendant's original sentence, including supervised release, shall remain effect.<br>jm | | | | |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | | (a) | (b) | (c) | (d) |
| 4/29/97 | 26. MOTION FOR REVISION AND REMOVAL OF 2 POINT ENHANCEMENT w/cs w/cs by deft c: Judge Boyle  jh | | | | |
| 5/28/97 | 27. MOTION FOR EXTENSION OF TIME - by govt. w/cs; cy: J. Boyle w/ prop. order  b11 | | | | |
| 6/2/97 | 28. ORDER FOR EXTENSION OF TIME - govt. has up to and including 6/27/97 to respond to petitioner;s motion (BOYLE) OB10, p. 50; cys dist. (ent. 6/5/97)  b11 | | | | |
| 6/24/97 | 29. MOTION TO DISMISS - by govt. w/cs; cy: J. Boyle  b11 | | | | |
| 6/24/97 | 30. MEMORANDUM in support of motion to dismiss for sentence revision - by govt. w/cs; cy: J. BOyle  b11 | | | | |
| 7/14/97 | 31. ORDERED that summary judgment is allowed for the respondent (Judge Boyle) O.B. #10, P. 101 - Cys: USA & deft.  jm | | | | |
| 6/9/99 | 32. SATISFACTION OF JUDGMENT - by Gov.  fs | | | | |
| 7/3/03 | 33. PETITION FOR ACTION ON SUPERVISED RELEASE - the dft shall be confined in the custody of the BOP from 6:00 p.m. on Friday until 6:00 p.m. on Sunday and shall abide by all rules and regulations of the designated facility - EXCEPT AS HEREIN MODIFIED, the judgment shall remain in full force and effect.  cys dist. | | | | |
| 3/5/04 | 34 MOTION FOR REVOCATION - filed by probation - 1c: Judge Boyle | | | | |
| 3/5/04 | ISSUED A WARRANT FOR ARREST FOR THE DEFT. - Orig. & 1c: USM | | | | |
| 3/10/04 | 85 MARSHAL'S RETURN ON PROBATION WARRANT - executed 3/9/04 | | | | |
| 3/12/04 | 36 NOTICE OF APPEARANCE filed by Atty. Edwin Walker, AFPD | | | | |
| 3/15/04 | DEFT. APPEARED BEFORE MAG/JUDGE DANIEL ON ARREST FROM PROBATION WARRANT CJA completed and executed - Deft. remanded pending revocation hearing | | | | |
| 3/10/04 | 37 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT - Cys. dist. | | | | |
| 3/10/04 | 38 ORDER APPOINTING FPD TO APPOINT COUNSEL - Cys. dist. | | | | |
| 3/15/04 | 39 WAIVER OF DETENTION HEARING - (Mag/Judge Daniel) - Cys. dist. | | | | |
| 7/29/04 | 40 DEFT'S MOTION TO WITHDRAW AS COUNSEL OF RECORD - 1c: Judge Boyle | | | | |
| 8/10/04 | 41 ORDER ALLOWING COUNSEL LEAVE TO WITHDRAW and ORDERED that FPD appoint new counsel for the deft. - Cys. dist. | | | | |
| 8/20/04 | 42 NOTICE OF APPEARANCE - Jerry W. Leonard - Cys. dist. | | | | |
| 9/3/04 | AT NEW BERN, NC - COURT REPORTER: DONNA TOMAWSKI - Deft. admits violation Court orders deft. receive credit for time served - Probation shall prepare order. | | | | |
| 9/13/04 | 43 JUDGMENT - COURT ORDERED that the supervised release sentence be revoked and the sentence is TIME SERVED. Cys. dist.(Judge Boyle) | | | | |